IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JIMMIE CALVIN ANDERSON,       )
                              )
          Plaintiff,          )
                              )
     v.                       )    1:23-cv-902
                              )
SHERIFF STEVE HIATT,          )
SERGEANT HOLYFIELD, and       )
CO MCMILLIAIN, Officer,       )
                              )
          Defendants.         )
```

## ORDER

On November 14, 2023 the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Magistrate Judge's Order and Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 12th day of December, 2023.

/s/ William L. Osteen, Jr.
United States District Judge